**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 215 MAL 2019

           Respondent           :

                                        :    Petition for Allowance of Appeal from
                                        :    the Order of the Superior Court

           v.                         :

                                        :

MITCHELL GREGORY PECK, JR.,       :

                                        :

           Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 24th day of September, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues, as stated by petitioner, are:


(1)      Where the drug delivery resulting in death ("DDRD") statute explicitly applies only to deliveries occurring "in violation of section 13(a)(14) or (30) of" the Controlled Substance, Drug, Device and Cosmetic Act ("The Act"), is violation of the Act an essential element of DDRD?

(2)      Where a drug delivery occurs wholly in another state, can that delivery violate the Act, which explicitly applies only to deliveries occurring "within the Commonwealth?"

(3)      If a violation of the Act is an element of DDRD and an out-of-state delivery does not violate the Act, did the Superior Court err in affirming [Petitioner's] DDRD conviction based on a delivery occurring wholly in Maryland?